UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELONTE PARIS, | No. 2:14-cv-1589-EFB P |
| Petitioner, | |
| v. | ORDER |
| RAFAEL ZUNIGA, | |
| Respondent. | |

Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. E.D. Cal. Local Rules, Appx. A, at (k).

On April 20, 2015, the postal service returned mail directed to petitioner as "undeliverable." On June 18, 2015, the postal service again returned mail directed to petitioner as "undeliverable" because petitioner is "not at this facility."

A party appearing without counsel must keep the court and all parties apprised of his current address. E.D. Local Rule 183(b). If mail directed to such a petitioner is returned by the postal service and petitioner fails to notify the court and opposing parties within 63 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute. *Id*.

1

1    More than 63 days have passed since the postal service returned the mail and petitioner
2 has not notified the court of his current address.
3    Accordingly, it is hereby ORDERED that this action is dismissed.  *See* Fed. R. Civ. P.
4 41(b); Local Rules 110, 183(b).
5 DATED:  June 24, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2